

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-84,502-01

### EX PARTE NATHAN JOHN ELLIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W401-81123-09-HC IN THE 401ST DISTRICT COURT FROM COLLIN COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of online solicitation of a minor. In count one, Applicant was sentenced to ten years confinement, probated, and placed on community supervision for ten years. In count two, Applicant was sentenced to sixteen years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Ellis v. State*, No. 05-10-01325-CR (Tex. App.—Dallas Feb. 23, 2012)(not designated for publication).

In his sole ground, Applicant alleges that he was convicted of an offense that has been found

unconstitutional. *Ex parte Lo*, 439 S.W.3d (Tex. Crim. App. 2013). Applicant's ground attacking his conviction and probated sentence in count one for online solicitation of a minor is dismissed without prejudice. *Ex parte Hiracheta*, 307 S.W.3d 323, 325 (Tex. Crim. App. 2010). Based on this Court's independent review of the entire record, we find that Applicant's claim as it relates to count two is denied.

Delivered: February 24, 2016

Do not publish